**[J-76-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA,     :   No. 804 CAP

              Appellee         :

                                        :   Appeal from the Order entered on
                                        :   January 30, 2023 in the Court of
        v.                           :   Common Pleas of York County,
                                          :   Criminal Division, at No. CP-67-CR-
                                          :   0002844-1995.

JOHN AMOS SMALL,                  :

              Appellant        :

                                          :   SUBMITTED: December 11, 2023


## ORDER


**PER CURIAM**                                               **DECIDED: March 21, 2024**

      **AND NOW**, this 21st day of March, 2024, the Order of the Court of Common Pleas of York County is **AFFIRMED**. *See* 42 Pa.C.S. §9545(b)(1)(ii) (requiring "the facts upon which the claim is predicated were unknown to the petitioner and could not have been ascertained by the exercise of due diligence").